

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-24-00092-CV

PERGERSON ENERGY, LLC, AND RON PRIESTLY, INDIVIDUALLY, Appellants

V.

EXZENA OIL CORP., NELSON OPERATING, INC., AND DAVID FRY, Appellees

On Appeal from the 402nd District Court
Wood County, Texas
Trial Court No. 2015-420

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice van Cleef

## MEMORANDUM OPINION

The appellants filed a timely notice of appeal on November 18, 2024, and the cross-appellants filed a timely notice of cross-appeal on December 10, 2024. The clerk's record was filed on December 17, 2024. The original deadline for appellants' and cross-appellants' opening briefs was February 18, 2025. When neither briefs nor motions to extend time for filing same were received by February 18, this Court advised the parties by letter that their briefs were late. We also extended the deadline for filing the briefs to March 17, 2025. We warned the parties that the failure to file their briefs by March 17 would subject this appeal to dismissal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

We received no briefs and no responsive communication from any of the parties. Consequently, this appeal is ripe for dismissal for want of prosecution. Pursuant to Rules 38.8 and 42.3 of the Texas Rules of Appellate Procedure, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

Charles van Cleef
Justice

Date Submitted:     March 21, 2025
Date Decided:       March 24, 2025

2